**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| JON C. HANSON,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FINANCIAL NETWORK, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>Case No. |

---

# DEFENDANT'S NOTICE OF REMOVAL

---

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, American Financial Network, Inc. ("AFN" or "Defendant") gives notice of the removal of this action from the Circuit Court of Jackson County, Missouri to the United States District Court for the Western District of Missouri. Defendant removes this case on grounds of federal question jurisdiction under 28 U.S.C. § 1331 as provided for in 28 U.S.C. § 1441. Defendant states the following in support of removal:

## PROCEDURAL POSTURE AND VENUE

1. On February 20, 2026, Plaintiff Jon C. Hanson filed his Class Action Petition in the Circuit Court of Jackson County, Missouri, captioned *Jon C. Hanson v. American Financial Network, Inc.,* Case No. 2616-CV05910 ("State Court Action"). A true and correct copy of Plaintiff's Class Action Petition is attached hereto as **Exhibit A**.

2. On March 3, 2026, Defendant American Financial Network, Inc., was served with the Summons and Class Action Petition in the State Court Action.

3. Defendant is filing this Notice of Removal within thirty (30) days after the March 3, 2026, service of the State Court Action. Thus, this Notice of Removal is timely filed under the provisions of 28 U.S.C. § 1446(b).

4. The Circuit Court of Jackson County, Missouri is located within the United States District Court for the Western District of Missouri. Thus, venue is proper in this Court because it is the "district and division embracing the place where such [state court] action is pending." 28 U.S.C. § 1441(a)

5. In accordance with 28 U.S.C. §1446(a), a copy of the entire file in the State Court Action, including all pleadings and papers that have been filed and served on Defendant in the State Court action are attached to this Notice as **Exhibit B**. Plaintiff has not served upon Defendant any other process, pleadings or orders.

6. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being served upon counsel for Plaintiff and Defendant will file in the Circuit Court of Jackson County, Missouri Defendant's *Notice of Removal to Federal Court*, attached to which will be a copy of this notice.

**THIS COURT HAS ORIGINAL FEDERAL QUESTION JURISDICTION OVER PLAINTIFF'S CLAIMS**

7. The State Court Action asserts that Defendant violated the Telephone Consumer Protection Act, 47 U.S.C. § 227(c) *et seq.* (*See* Ex. A, Complaint, Counts I and II).

8. Accordingly, this Court has original federal question jurisdiction under 28 U.S.C. § 1331 in that the case involves claims arising under the laws of the United States of America. The action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441.

WHEREFORE, for the above and foregoing reasons, Defendant American Financial Network, Inc. respectfully gives notice that the action now pending in the Circuit Court of Jackson

County, Missouri, Case No. 2616-CV05910, is removed from that court to this Court, the United States District Court for the Western District of Missouri pursuant to 28 U.S.C. § 1441.

Respectfully submitted,

*/s/ Samantha J. Monsees*
Samantha J. Monsees, Mo Bar # 65545
**FISHER & PHILLIPS LLP**
4622 Pennsylvania, Ave., Suite 910
Kansas City, MO 64112
TEL: (816) 842-8770
FAX: (816) 842-8767
Email: smonsees@fisherphillips.com

ATTORNEYS FOR DEFENDANT
AMERICAN FINANCIAL NETWORK,
INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April 2026, I caused the foregoing document to be electronically filed using the Court's CM/ECF system which will provide automatic notification to the following counsel of record for Plaintiff:

Christopher E. Roberts
BUSCH ROBERTS & ASSOCIATES LLC
7777 Bonhomme Avenue, Suite 1300
Clayton, MO 63105
TEL: 314-863-5700
Email: croberts@buschroberts.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Samantha J. Monsees*
Attorney for Defendant